IN THE DISTRICT COURT OF THE UNITED STATES FOR THE 

 MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION 

TANNER CONSTRUCTION ) 
COMPANY, INC., d/b/a ) 
Tanner, Inc., ) 
 ) 
 Plaintiff, ) 
 ) CIVIL ACTION NO. 
 v. ) 2:20cv342-MHT 
 ) (WO) 
FORTERRA PIPE & PRECAST, ) 
LLC, f/k/as Hanson Pipe & ) 
Precast, Inc., ) 
 ) 
 Defendant. ) 

 ORDER 

 This case is before the court on the court’s 
independent review of the complaint for subject-matter 
jurisdiction and venue. 
 The allegations of the plaintiff's complaint are 
insufficient to invoke this court's jurisdiction under 
28 U.S.C. § 1332. To invoke jurisdiction based on 
diversity, a complaint must distinctly and 
affirmatively allege each party's citizenship. 
McGovern v. American Airlines, Inc., 511 F. 2d 653, 654 
(5th Cir. 1975) (per curiam).* 28 U.S.C. § 1332(c) 
provides that a corporation shall be deemed a citizen, 

first, of all States by which it has been incorporated 
and, second, of the State where it has its principal 
place of business. To invoke jurisdiction based on 
diversity in a case in which a corporation is a party, 

it is thus necessary to allege distinctly and 
affirmatively all the States by which the corporation 
has been incorporated and the State in which the 
corporation has its principal place of business. 

American Motorists Ins. Co. v. American Employers' Ins. 
Co., 600 F.2d 15, 16 and n.1 (5th Cir. 1979) (per 
curiam). The plaintiff's complaint does not 

sufficiently plead the plaintiff corporation’s 
citizenship because it provides no information as to 
where it was incorporated. 

 *In Bonner v. Prichard, 661 F.2d 1206, 1209 (11th 
Cir. 1981) (en banc), the Eleventh Circuit Court of 
Appeals adopted as binding precedent all decisions of 
the former Fifth Circuit handed down prior to the close 
of business on September 30, 1981. 
 2 
 In addition, the plaintiff’s complaint fails to 
plead the basis for venue in this district or division. 

 *** 

 It is therefore the ORDER, JUDGMENT, and DECREE of 
the court that the plaintiff has until July 15, 2020, 
to amend the complaint to (a) plead the basis for venue 
in this district and division, and (b) plead § 1332 
jurisdiction sufficiently, see 28 U.S.C. § 1653. If 
jurisdiction is not pleaded sufficiently by that date, 
this cause shall be dismissed without prejudice. 

 DONE, this the 1st day of July, 2020. 
 /s/ Myron H. Thompson 
 UNITED STATES DISTRICT JUDGE 

 3